Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Cheryl A. Caponegro, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

### ORDER

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

Defendant appeals from his judgments of conviction, following a jury trial, for seven counts of sodomy, § 566.060, RSMo, Supp. 1992. The court sentenced defendant in accordance with the jury's recommendation to seven consecutive terms totaling 115 years' imprisonment. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

**STATE of Missouri, Plaintiff–Respondent,**

v.

**Walter Edward PRESCOTT, Defendant–Appellant.**

No. 67413.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 5, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 11, 1996.

Application to Transfer Denied May 28, 1996.

Gerald L. Birnbaum, O'Fallon, Lester W. Duggan, Jr., St. Charles, for appellant.